IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
ABERDEEN DIVISION

**STEVIE LEE DRAPER,** **PETITIONER**

**V.** **CIVIL ACTION NO.: 1:14CV27-SA-JMV**

**CHRISTOPHER EPPS and**
**DOROTHY JOHNSON,** **RESPONDENTS**

## FINAL JUDGMENT

In accordance with the Memorandum Opinion and Order entered today, the Court Respondents' "Motion to Dismiss Pursuant to 28 U.S.C. § 2254(b) and (c)" is **GRANTED**, and the petition filed in this cause is **DISMISSED** without prejudice. A certificate of appealability is **DENIED**.

**SO ORDERED** this the 7th day of October, 2014.

                                          /s/ Sharion Aycock
                                          **U.S. DISTRICT JUDGE**